

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00008-CR |
| SHANNON MARK DOUTHIT, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **OPINION**

Relator Shannon Mark Douthit, a pro se inmate, filed a petition for writ of mandamus asking this Court to compel the Honorable Roy Ferguson, District Judge of the 394th Judicial District Court to rule on his motion for post-conviction DNA testing pursuant to Article 64 of the Code of Criminal Procedure. Tex. Code Crim. Proc. Ann. art. 64.03. For the reasons below, we deny the petition as moot.

Douthit filed his motion for DNA testing on August 29, 2023. He called the motion to the trial court's attention on December 6, 2023, when he filed a request for a hearing on the motion. He filed this mandamus on January 22, 2024.

On April 17, 2024, the district clerk filed a supplemental clerk's record that includes an order of the trial court dated January 23, 2024. The order takes action on Douthit's motion by

ordering the State to deliver the evidence at issue to the trial court, file a response, and appoint counsel for Douthit. The trial court's ruling on Douthit's pending motion renders moot his petition for mandamus seeking the same. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (concluding that mandamus relief is rendered moot when relator received the relief requested by other means). Therefore, we deny the petition as moot.


JEFF ALLEY, Chief Justice

April 22, 2024

Before Alley, C.J., Palafox and Soto, JJ.